JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| MICHAEL J. LASTER, | ) | Case No. 2:21-cv-02511-VBF (SP) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| C. KOENIG, Warden, | ) | |
| Respondent. | ) | |

18      Pursuant to the Order Accepting Findings and Recommendation of United

19  States Magistrate Judge,

20      IT IS HEREBY ADJUDGED that the Petition is denied and this action is

21  dismissed with prejudice.

22
23
24  DATED:   September 6, 2022                  /s/ Valerie Baker Fairbank

25                                    _____
                                       HON. VALERIE BAKER FAIRBANK
26                                    SENIOR UNITED STATES DISTRICT JUDGE

27
28